73 A.3d 526

Gloria MARSHALL

v.

ZONING BOARD OF ADJUSTMENT OF the CITY OF PHILADELPHIA and Archdiocese of Philadelphia.

Petition of Port Richmond on Patrol and Civic (PROPAC).

Supreme Court of Pennsylvania.

Aug. 15, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2013, the Motion of Port Richmond on Patrol and Civic for permission to file a statement in support of the Petition for Allowance of Appeal is **DENIED.**